PROB 34
1 92

Report and Order Terminating Probation/
Supervised Release

# United States District Court

For The

Northern District of Florida

UNITED STATES OF AMERICA

v.                                                                          Crim. No.   3:05mj230/MD

CRAIG ALLEN HAN

It appearing that the above named has complied with the conditions of probation imposed by the order of the court heretofore made and entered in this case and that the period of probation expired on <u>January 23, 2007</u>. I therefore recommend that the defendant be discharged from probation and that the petition filed and the proceedings in the case be terminated.

Respectfully submitted,

*(signature)*

Brian S. Davis
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this __22nd__ day of __February__, 2007.

*(signature)*

Honorable Miles Davis
United States Magistrate Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.

07 FEB 22 PM 1:54

FILED